UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BP AMERICA PRODUCTION COMPANY, BP EXPLORATION & PRODUCTION INC., AND AMERICAN HOME ASSURANCE COMPANY | * | CIVIL ACTION NO. 09-6218 |
| | * | SECTION "L, " MAGISTRATE: 4 |
| | * | JUDGE ELDON E. FALLON |
| versus | * | MAGISTRATE KAREN WELLS ROBY |
| NATIONAL OILWELL VARCO, LP, NATIONAL OILWELL VARCO, INC., NATIONAL OILWELL NORWAY AS, HYDRALIFT AS, HYDRALIFT AMCLYDE, INC., AND HYDRALIFT, INC. | * | |

## RULE 7.1 FINANCIAL DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, come plaintiffs, BP America Production Company ("BP America"), BP Exploration & Production, Inc. ("BPX&P"), and American Home Assurance Company ("American Home"), who, in compliance with Federal Rule of Civil Procedure 7.1, represent:

1. Plaintiff, BP America, is not publicly traded and is owned 100% by BP Company North America Inc. BP Company North America Inc. is not publicly traded and is owned 100% by BP Corporation North America Inc. BP Corporation North America Inc. is not publicly traded and is owned 100% by BP America Inc. BP

-2-

America Inc. is not publicly traded and is owned 100% by BP Holdings North America Limited. BP Holdings North America Limited is not publicly traded and is owned 100% by BP p.l.c. **BP p.l.c. is a publicly traded company.**

2. Plaintiff, BPX&P, is not publicly traded and is owned 100% by plaintiff, BP America. BP America, is not publicly traded and is owned 100% by BP Company North America Inc. BP Company North America Inc. is not publicly traded and is owned 100% by BP Corporation North America Inc. BP Corporation North America Inc. is not publicly traded and is owned 100% by BP America Inc. BP America Inc. is not publicly traded and is owned 100% by BP Holdings North America Limited. BP Holdings North America Limited is not publicly traded and is owned 100% by BP p.l.c. **BP p.l.c. is a publicly traded company.**

3. Plaintiff, American Home, is 100% owned by Chartis U.S., Inc., which is 100% owned by Chartis Inc. Chartis Inc. is 100% owned by American International Group, Inc. **American International Group, Inc. is a publicly traded company.**

4. In addition to the named plaintiffs, as non-operating leasehold interest owners in lease number OCS-G 15610 and the Mad Dog platform, BHP Billiton Petroleum (Deepwater) Inc. and Union Oil Company of California have an interest in the outcome of this matter. BHP Billiton Petroleum (Deepwater) Inc. is not publicly traded and is owned 100% by BHP Resources Inc. BHP Resources Inc. is not publicly traded and is owned 100% by BHP Billiton Petroleum Holdings (USA) Inc. BHP Billiton Petroleum Holdings (USA) Inc. is not publicly traded and is

owned 72.091% by BHP Billiton Petroleum International Pty Ltd and 27.909% by BHP Billiton Holdings LLC. BHP Billiton Petroleum International Pty Ltd and BHP Billiton Holdings LLC are not publicly traded and are each owned 100% by BHP Billiton Limited. **BHP Billiton Limited is a publicly traded company.** Union Oil Company of California is 100% owned by Unocal Corporation. Unocal Corporation is 100% owned by Chevron Corporation. **Chevron Corporation is a publicly traded company.**

Respectfully submitted,

/s/ Carol Welborn Reisman
S. Gene Fendler, T.A. (Bar # 5510)
David W. Leefe (Bar # 1479)
Carol Welborn Reisman (Bar # 20410)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
sgfendler@liskow.com
dwleefe@liskow.com
cwreisman@liskow.com

*Attorneys for BP America Production Company, BP Exploration & Production Inc., and American Home Assurance Company*

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of November, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all attorney(s) of record who are non-CM/ECF participants.

/s/ Carol Welborn Reisman

797725_1.DOC