UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BP AMERICA PRODUCTION COMPANY, ET AL | * | CIVIL ACTION NO. 09-6218 |
| VERSUS | * | SECTION "L" |
| NATIONAL OILWELL VARCO, LP, ET AL | * | MAGISTRATE 4 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Considering the foregoing Motion for Leave to File Memorandum in Excess of Page Limit;

IT IS HEREBY ORDERED that defendants, National Oilwell Varco, L.P., Hydralift Amclyde, Inc. and Hydralift, Inc., be granted leave of Court to exceed the twenty-five page limit set forth in Local Rule 7.8.1 and allowed to file their Memorandum in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a).

THUS DONE AND SIGNED this  13th  day of January, 2010.

_____
UNITED STATES DISTRICT COURT