MINUTE ENTRY
FALLON, J.
FEBRUARY 10, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                                                                           SECTION L

The following cases were called this date to show cause why they should not be dismissed. After hearing, the Court ruled as follows:

| | | |
|---|---|---|
| 07-7270 | Midland Mortgage Co. v. Lexington Insurance Company | |
| Ordered: | DISMISSED WITHOUT PREJUDICE. | :01 |
| 07-7344 | Maria Cloter v. St. Paul Travelers Insurance Company    (Lillian Thornton, Esq.) | |
| Ordered: | PASSED 30 DAYS TO SERVE DEFENDANT, UNITED FIRE GROUP. | :01 |
| 07-9704 | Joyce Whetstone v. Jefferson Parish Public School Board | |
| Ordered: | PASSED 30 DAYS TO SERVE DEFENDANT, MED. MUSCULOSKELETAL. | :01 |
| 08-4845 | Thaes Richardson v. Allstate Insurance Company | |
| Call Docket not held: Order of Dismissal entered. | | |
| 09-1684 | Isreal Cheneau, et al v. Hugh Walmsley Ins. Co., et al | |
| Call Docket not held: Notice of Voluntary Dismissal filed by all plaintiffs. | | |
| 09-2511 | Lund Christopher & Lund Title Agency, Llc v. St. Paul Fire and Marine Ins. Co., et al | |
| Call Docket not held: Issue Joined. | | |
| 09-3348 | Lorili Sedillo v. State Farm Mutual Automobile Insurance Company | :01 |
| Ordered: | Plaintiff's Motion to Appoint Curator is Taken Under Submission. (P. Mayeaux, Esq.) | |
| 09-3579 | Irene Boyd, et al v. Edward Danny Moss, Jr. | |
| Call Docket not held: Issue Joined. | | |
| 09-3600 | Blane Oncale, Individually., etc. v. Western Rivers Boat Management, Inc., et al | |
| Ref: All Cases | | |
| Call Docket not held: Trial date set; call docket cancelled. | | |
| 09-3640 | Houston Smith v. Odyssea Marine, Inc. | |
| Call Docket not held: Issue Joined. | | |
| 09-3831 | Adrian Carter, et al v. Nancy Peurifoy, et al | |
| Call Docket not held:   Issue Joined. | | |
| 09-4342 | Ray Terese v. 1500 Lorene LLC, et al | |
| Call Docket not held: Issue Joined. | | |
| 09-4817 | Mervin J. Placeres v. Eagle Shipping International USA, LLC, et al | |
| Call Docket not held: Issue Joined. | | |
| 09-5859 | Courtney H. Payton v. TJX Companies, Inc., et al | |
| Call Docket not held: Issue Joined. | | |
| 09-5889 | Claudia Williams v. GMAC Mortgage Corporation | |
| Call Docket not held: Issue Joined. | | |
| 09-6112 | Great American Insurance Company v. Chem Carriers LLC | |
| Ordered: PASSED FOR 30 DAYS. | | :01 |

Continued on page 2

<u>Call Docket held February 10, 2010 - Section L</u>                                     Page 2

| | |
|---|---|
| 09-6131   Bio-Medical Applications of Louisiana LLC v. Hammond Rehabilitation Hospital | |
| Call Docket not held: Motion for Default Judgment filed. | |
| 09-6218   BP America Production Company, et al v. National Oilwell Varco, LP, et al | |
| Call Docket not held: Motions to Dismiss set for remaining defendants. | |
| 09-6248   Fallon J. Lumpkin, et al v. Peter J. Lanfair, Jr., et al | |
| Call Docket not held: Issue Joined. | |
| 09-6257   Marlene Lanasa v. Malone & Hyde, Inc. dba Castleberry's Food Company, et al | |
| Ordered: Unserved defendants, Fleming Companies, Inc., Heartland Supermarkets, Inc., and Castleberry's Food Company nka Bumble Bee Holdings, Inc., are dismissed without prejudice. | :01 |
| 09-6269   Cenac Towing Co., LLC v. Dymos Marks | |
| Call Docket not held: Order of Dismissal entered. | |
| 09-6442   Rickey Lee Allen v. Nabors Offshore Corporation | |
| Call Docket not held: Issue Joined. | |
| 09-6829   Slurry Dynamics International, Inc. v. West Indies Alumina Company | |
| Ordered: PASSED 30 DAYS. | :01 |
| 09-6868   Sidney Aikens, et al v. AON Risk Services Southwest, Inc., et al | |
| Call Docket not held: Motion and Order to Pass for 30 days. | |
| 09-7097   Dale A. Kennett v. Genworth Life Insurance Company | |
| Call Docket not held: Issue Joined. | |
| 09-7174   Carlos Burroughs v. Maersk Line, Ltd. | |
| Call Docket not held: Issue Joined. | |

*[signature]*