UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BP AMERICA PRODUCTION COMPANY, BP EXPLORATION & PRODUCTION, INC., AND AMERICAN HOME ASSURANCE COMPANY | * * * | CIVIL ACTION  NO.: 09-6218  SECTION:  L |
| v. | * | MAGISTRATE:  4 |
| NATIONAL OILWELL VARCO, LP, NATIONAL OILWELL VARCO, INC., NATIONAL OILWELL NORWAY AS, HYDRALIFT AS, HYDRALIFT AMCLYDE, INC., AND HYDRALIFT, INC. | * * * * | JUDGE: ELDON E. FALLON  MAGISTRATE: JUDGE KAREN WELLS ROBY |

ORDER

IT IS ORDERED that Melissa M. Davis be and is hereby admitted to the bar of this Court pro hac vice on behalf of all or some of the currently named defendants in the above described action.

New Orleans Louisiana this 10th day of February, 2010.

_____
United States District Judge