UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BP AMERICA PRODUCTION COMPANY, ET AL. | * * * | CIVIL ACTION NO. 09-6218 |
| VERSUS | * * | SECTION "L" |
| NATIONAL OILWELL VARCO, LP, ET AL. | * * * | MAGISTRATE 4 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ORDER**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants are granted leave to file their Reply in Support of Motion to Transfer Venue Pursuant to U.S.C. § 1404(a).

Signed this 24th day of February, 2010, in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE