UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BP AMERICA PRODUCTION COMPANY, BP EXPLORATION & PRODUCTION INC., AND AMERICAN HOME ASSURANCE COMPANY | * * * | CIVIL ACTION NO. 09-6218 SECTION "L, " MAGISTRATE: 4 JUDGE ELDON E. FALLON |
| versus | * | MAGISTRATE KAREN WELLS ROBY |
| NATIONAL OILWELL VARCO, LP, NATIONAL OILWELL VARCO, INC., NATIONAL OILWELL NORWAY AS, HYDRALIFT AS, HYDRALIFT AMCLYDE, INC., AND HYDRALIFT, INC. | * * * | |

## ORDER

Considering the *ex parte* motion of plaintiffs, BP America Production Company ("BP America"), BP Exploration & Production Inc. ("BPX&P"), and American Home Assurance Company ("American Home"), for leave to file their Sur-Reply Memorandum;

IT IS ORDERED that plaintiffs, BP America Production Company ("BP America"), BP Exploration & Production Inc. ("BPX&P"), and American Home Assurance Company ("American Home"), be, and they are hereby, granted leave to file their Sur-Reply Memorandum.

New Orleans, Louisiana, this 24th day of February, 2010.

_____
United States District Judge