UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BP AMERICA PRODUCTION COMPANY, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   09-6218** |
| **NATIONAL OILWELL VARCO, LP, ET AL.** | **SECTION: "L" (4)** |

## ORDER

Before the Court is an *Ex Parte* **Unopposed Motion for Entry of Stipulated Confidentiality Agreement and Agreed Protective Order (R. Doc. 35)** filed by Plaintiffs, BP America Production Company, et al (collectively "the Plaintiffs"), seeking an Order from this Court granting their attached Stipulated Confidentiality Agreement and Agreed Protective Order.

After review, the Court finds that the proposed confidentiality agreement and agreed protective order do not comply with the procedural requirements of the Eastern District of Louisiana or the Court.

Accordingly,

**IT IS ORDERED** that the Plaintiffs' *Ex Parte* **Unopposed Motion for Entry of Stipulated Confidentiality Agreement and Agreed Protective Order (R. Doc. 35)** is hereby **DENIED**.

**IT IS FURTHER ORDERED** that counsel for Plaintiffs shall arrange a conference call with opposing counsel and the Court to discuss the deficiencies within **eleven (11) days** of the signing of this Order.

New Orleans, Louisiana, this 26th day of March 2010.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**